IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACQUELYN DIANN HOUSTON | ) | |
| | ) | |
| v. | ) | NO. 3:22-00765 |
| | ) | Richardson/Holmes |
| PHH MORTGAGE CORPORATION | ) | |
| And RUBIN LUBLIN TN, PLLC | ) | |

ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE

When this case was removed to this Court on September 30, 2022, an initial case management conference was scheduled for November 17, 2022, at 3:30 p.m. Unfortunately, that date is not available for an initial case management conference on the Court's calendar.

It is therefore ORDERED that the initial case management conference is RESCHEDULED for **10:00 a.m., Tuesday, November 15, 2022**. The parties and their counsel must review the original Notice setting the initial case management conference, Docket Entry No. 4, for instructions for procedures and filings for the initial case management conference, with which they must comply.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge