IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELYN DIANN HOUSTON ) | |
| ) | |
| v. ) | NO. 3:22-0765 |
| ) | Richardson/Holmes |
| PHH MORTGAGE CORPORATION and ) | |
| RUBIN LUBLIN TN, PLLC ) | |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on October 7, 2022, Defendants jointly filed a motion to dismiss with supporting memorandum (Docket Nos. 10, 11). Any response to the motion must be filed in accordance with Local Rule 7.01(a)(3). An optional reply may be filed in accordance with Local Rule 7.01(a)(4).

The Clerk is directed to forward the motion and any responsive filings to Judge Richardson for his consideration.

The initial case management conference remains scheduled for **10:00 a.m., November 15, 2022**, by conference call using the Court's conference line at 1-877-402-9753, code 3808663#.[1]

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties are reminded of their obligation to jointly prepare and file a proposed initial case management order at least 3 business days in advance of the initial case management conference (and email a Word formatted copy to the Courtroom Deputy). Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Richardson's cases.